**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **INDICTMENT** |
| | : |
| **v.** | : **CRIMINAL NO. 4:26-CR-**_11_ (CDL) |
| | : |
| **EMMA BRADSHAW and** | : **VIOLATION(S):** |
| **LADARRION MCCRAY** | : |
| | :     **18 U.S.C. § 1001(a)(2)** |
| **Defendants.** | :     **18 U.S.C. § 48(a)(1)** |
| | :     **O.C.G.A. § 16-12-4(d)(5)** |
| | :     **O.C.G.A. § 16-12-4(b)(2)** |
| | :     **18 U.S.C. § 13** |
| | :     **18 U.S.C. § 2** |
| | : |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**(Making False Statements)**

On or about January 28, 2026, while on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, the Defendant,

**EMMA BRADSHAW,**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: by falsely stating to special agents of the Department of the Army Criminal Investigation Division that her dog passed away due to illness and that the animal's remains were buried at a park off post. The statements were false because as Bradshaw then and there knew, the remains of the dog had been placed in a garbage bag and in the household garbage near her residence. All in violation of Title 18, United States Code, Section 1001(a)(2).

1

## COUNT TWO
### (Making False Statements)

On or about January 28, 2026, while on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, the Defendant,

## LADARRION MCCRAY,

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: by falsely stating to special agents of the Department of the Army Criminal Investigation Division that his dog passed away due to illness and that the animal's remains were buried at a park off post. The statements were false because as McCray then and there knew, the remains of the dog had been placed in a garbage bag and in the household garbage near his residence.   All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT THREE
### (Animal Crushing)

On or about January 28, 2026, while on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, the Defendants,

## EMMA BRADSHAW and LADARRION MCCRAY,

aided and abetted by each other, did purposely subject a non-human mammal, to wit: a female brown dog with characteristics of a Dachshund, to serious bodily injury, to wit: death, by failing to provide said animal adequate food, water, sanitary conditions, and ventilation. All in violation of Title 18, United States Code, Sections 48(a)(1), 48(c), and 2.

2

## COUNT FOUR
### (Aggravated Animal Cruelty)

On or about January 28, 2026, while on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, the Defendants,

### EMMA BRADSHAW and LADARRION MCCRAY,

aided and abetted by each other, did intentionally exercise custody, control, possession, and ownership of an animal, to wit: a female brown dog with characteristics of a Dachshund, and did maliciously fail to provide said animal adequate food, water, sanitary conditions, and ventilation which resulted in the death of said animal. All in violation of Title 18, United States Code, Section 13, in conjunction with the Official Code of Georgia Annotated, Section 16-12-4(d)(5) and Title 18, United States Code, Section 2.

## COUNT FIVE
### (Animal Cruelty)

On or about January 28, 2026, while on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, the Defendants,

### EMMA BRADSHAW AND LADARRION MCCRAY,

aided and abetted by each other, did intentionally exercise custody, control, possession, and ownership of an animal, to wit: a male brown dog with characteristics of a Hound, and did fail to provide said animal adequate food, water, sanitary conditions, and ventilation. All in violation of Title 18, United States Code, Section 13, in conjunction with the Official Code of Georgia Annotated, Section 16-12-4(b)(2) and Title 18, United States Code, Section 2.

3

## COUNT SIX
### (Animal Cruelty)

On or about January 28, 2026, while on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, the Defendants,

**EMMA BRADSHAW AND LADARRION MCCRAY,**

aided and abetted by each other, did intentionally exercise custody, control, possession, and ownership of an animal, to wit: a female dark brown dog with characteristics of a Doberman, and did fail to provide said animal adequate food, water, sanitary conditions, and ventilation. All in violation of Title 18, United States Code, Section 13, in conjunction with the Official Code of Georgia Annotated, Section 16-12-4(b)(2) and Title 18, United States Code, Section 2.

4

A TRUE BILL.


_s/ Foreperson of the Grand Jury_
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

WILLIAM R. KEYES
UNITED STATES ATTORNEY


VERONICA HANSIS
ASSISTANT UNITED STATES ATTORNEY

_Filed in open court this_ ___10___ _day of_
___June___ _A.D._ 20___26___.


_Deputy Clerk_

5