IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 4:26-CR-00011 |
| | : | |
| EMMA BRADSHAW and | : | VIOLATION(S): |
| LADARRION MCCRAY | : | |
| | : | 18 U.S.C. § 1111(a) |
| Defendants. | : | 18 U.S.C. § 1111(b) |
| | : | 18 U.S.C. § 7(3) |
| | : | O.C.G.A. § 16-5-70(a) |
| | : | 18 U.S.C. § 1001(a)(2) |
| | : | 18 U.S.C. § 48(a)(1) |
| | : | O.C.G.A. § 16-12-4(d)(5) |
| | : | O.C.G.A. § 16-12-4(b)(2) |
| | : | 18 U.S.C. § 13 |
| | : | 18 U.S.C. § 2 |
| | : | |
| | : | **SUPERSEDING INDICTMENT** |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(Felony Murder by Child Abuse)

On or about January 28, 2026, while on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, the Defendants,

**EMMA BRADSHAW and LADARRION MCCRAY,**

aided and abetted by each other, did unlawfully kill L.M., a human being, in the knowing and willful perpetration of child abuse, as defined in 18 U.S.C. § 1111(c)(3). All in violation of Title 18, United States Code, Sections 1111(a), 1111(b), 7(3), and 2.

1

## COUNT TWO
### (Cruelty to Children in the First Degree)

From on or about January 14, 2026 through on or about January 28, 2026, while on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, the Defendants,

### EMMA BRADSHAW and LADARRION MCCRAY,

aided and abetted by each other, having been the parents of L.M., a child under the age of eighteen, did willfully deprive said child of necessary sustenance which jeopardized the child's health and well-being. All in violation of Title 18, United States Code, Section 13, in conjunction with the Official Code of Georgia Annotated, Section 16-5-70(a) and Title 18, United States Code, Section 2.

## COUNT THREE
### (Making False Statements)

On or about January 28, 2026, while on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, the Defendant,

### EMMA BRADSHAW,

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: by falsely stating to special agents of the Department of the Army Criminal Investigation Division that her dog passed away due to illness and that the animal's remains were buried at a park off post and by falsely stating to special agents of the Department of the Army

2

Criminal Investigation Division that L.M. did not exhibit any signs of illness prior to his death. The statements were false because as Bradshaw then and there knew, the remains of the dog had been placed in a garbage bag and in the household garbage near her residence and L.M. was experiencing symptoms of severe malnourishment prior to his death. All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT FOUR
### (Making False Statements)

On or about January 28, 2026, while on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, the Defendant,

### LADARRION MCCRAY,

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: by falsely stating to special agents of the Department of the Army Criminal Investigation Division that his dog passed away due to illness and that the animal's remains were buried at a park off post and by falsely stating to special agents of the Department of the Army Criminal Investigation Division that L.M. did not exhibit any signs of illness prior to his death. The statements were false because as McCray then and there knew, the remains of the dog had been placed in a garbage bag and in the household garbage near his residence and L.M. was experiencing symptoms of severe malnourishment prior to his death. All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT FIVE
### (Animal Crushing)

On or about January 28, 2026, while on lands acquired for the use of the United States and

3

under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, the Defendants,

**EMMA BRADSHAW and LADARRION MCCRAY,**

aided and abetted by each other, did purposely subject a non-human mammal, to wit: a female brown dog with characteristics of a Dachshund, to serious bodily injury, to wit: death, by failing to provide said animal adequate food, water, sanitary conditions, and ventilation. All in violation of Title 18, United States Code, Section 48(a)(1), 48(c) and 2.

## COUNT SIX
### (Aggravated Animal Cruelty)

On or about January 28, 2026, while on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, the Defendants,

**EMMA BRADSHAW and LADARRION MCCRAY,**

aided and abetted by each other, did intentionally exercise custody, control, possession, and ownership of an animal, to wit: a female brown dog with characteristics of a Dachshund and did maliciously fail to provide said animal adequate food, water, sanitary conditions, and ventilation which resulted in the death of said animal. All in violation of Title 18, United States Code, Section 13, in conjunction with the Official Code of Georgia Annotated, Section 16-12-4(d)(5) and Title 18, United States Code, Section 2.

## COUNT SEVEN
### (Animal Cruelty)

On or about January 28, 2026, while on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of

4

Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, the Defendants,

**EMMA BRADSHAW AND LADARRION MCCRAY,**

aided and abetted by each other, did intentionally exercise custody, control, possession, and ownership of an animal, to wit: a male brown dog with characteristics of a Hound, and did fail to provide said animal adequate food, water, sanitary conditions, and ventilation. All in violation of Title 18, United States Code, Section 13, in conjunction with the Official Code of Georgia Annotated, Section 16-12-4(b)(2) and Title 18, United States Code, Section 2.

### COUNT EIGHT
### (Animal Cruelty)

On or about January 28, 2026, while on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, the Defendants,

**EMMA BRADSHAW AND LADARRION MCCRAY,**

aided and abetted by each other, did intentionally exercise custody, control, possession, and ownership of an animal, to wit: a female dark brown dog with characteristics of a Doberman, and did fail to provide said animal adequate food, water, sanitary conditions, and ventilation. All in violation of Title 18, United States Code, Section 13, in conjunction with the Official Code of Georgia Annotated, Section 16-12-4(b)(2) and Title 18, United States Code, Section 2.

A TRUE BILL.

s/ Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

WILLIAM R. KEYES
UNITED STATES ATTORNEY

VERONICA HANSIS
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* ___14th___ *day of*
___July___ *A.D. 20* _26_ .

_____
Deputy Clerk

6